43396.    ATLANTA TRANSIT SYSTEM, INC. v. JACKSON.

WHITMAN, Judge.    The appeal in this case is taken from the judgment on the verdict.    However, all of the matters enumerated as error in the appeal were previously made issues in a motion for new trial, which motion was overruled.    Since there is no appeal from that ruling, it is now the law of the case.    *Hill v. Willis,* 224 Ga. 263, 268 (4) (161 SE2d 281); *Crowley v. State,* 118 Ga. App. 7; *Staggers v. State,* 118 Ga. App. 97.

*Judgment affirmed. Felton, C. J., and Eberhardt, J., concur.*

SUBMITTED FEBRUARY 5, 1968—DECIDED JULY 3, 1968.

*Hansell, Post, Brandon & Dorsey, Gary W. Hatch,* for appellant.

*George B. Hooks,* for appellee.